UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUND,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>TERRY ROYAL, *et al.*,<br>　　　　　　　　　　　Defendants. | Case No. 3:25-cv-00145-ART-CSD<br><br>ORDER |

On March 14, 2025, pro se plaintiff Mohamed Abdalla Mahmound, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1). Plaintiff has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). Instead, Plaintiff filed a motion to be allowed to proceed without paying the filing fee or filing an application to proceed *in forma pauperis*. (ECF No. 1-4 at 3). Plaintiff states that the law library supervisors are defendants in this case and that they will not provide him the paperwork to file a complete application to proceed *in forma pauperis*. (*Id.*). He also states that he has a copy of a recent complete application to proceed *in forma pauperis*, but it is being held by prison officials, together with his other property, while he is in segregation. (*Id.*).

Plaintiff's motion to proceed without paying the filing fee or filing a complete application to proceed *in forma pauperis* is denied. Plaintiff must file a complete application to proceed *in forma pauperis*, or pay the $405 filing in full, on or before **May 20, 2025**. As discussed in greater detail below, if Plaintiff cannot obtain all the necessary financial documents, he may instead file his application to proceed *in forma pauperis* together with a declaration detailing his efforts to obtain these documents.

**I.　DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee

for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

If Plaintiff is having difficulty obtaining the required financial certificate and inmate account statement for the previous six-month period from prison officials, then he must file the first three pages of the application to proceed *in forma pauperis* on this Court's approved form together with a declaration detailing when he requested the financial documents, who he spoke to about the status of the documents, who he followed up with after he did not receive the documents, and their responses. Plaintiff's declaration will include dates of his requests, dates of his follow-up requests, names of the officials that he spoke to about the matter, and their responses. If Plaintiff's declaration demonstrates that he has done all that was possible to acquire the documents from prison officials, the Court will consider his application to proceed *in forma pauperis* to be complete.[1]

---

[1] Plaintiff must still submit the first three pages of the application to proceed *in forma pauperis* on this Court's approved form with his declaration. If Plaintiff does not submit the first three pages of the application to proceed *in forma pauperis* with the declaration, the Court will recommend dismissal of this case without prejudice.

## II. CONCLUSION

It is therefore ordered that Plaintiff has **until May 20, 2025**, to either pay the full $405 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application to proceed *in forma pauperis* with the inmates two signatures on page 3, (2) a financial certificate that is properly signed both by the inmate and a prison or jail official, and (3) a copy of the inmate's prison or jail trust fund account statement for the previous six month period.

It is further ordered that if Plaintiff is not able to obtain his financial certificate and inmate trust fund account statement from prison or jail officials, Plaintiff has **until May 20, 2025**, to file the first three pages of the application to proceed *in forma pauperis* on the Court's approved form together with a declaration detailing the efforts that he took to acquire the financial documents from prison or jail officials.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. Dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to send Plaintiff Mohamed Abdalla Mahmound the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: March 21, 2025.

_____
UNITED STATES MAGISTRATE JUDGE