UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TERRY ROYAL, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:25-cv-00145-ART-CSD<br><br>ORDER ACKNOWLEDGING<br>VOLUNTARY DISMISSAL |

　　　　Plaintiff Mohamed Abdalla Mahmoud, who is confined at Ely State Prison, brought this civil-rights action under 42 U.S.C. § 1983 and submitted several filings, including a proposed first amended complaint (ECF No. 28), multiple applications to proceed *in forma pauperis* (ECF Nos. 17, 19, 22, 31), and twenty other miscellaneous motions (ECF Nos. 1-3, 1-4, 2, 3, 8, 10, 11, 12, 13, 14, 15, 16, 20, 23, 25, 26, 27, 29, 30, 32). Before the Court screened any complaint in this case, however, Plaintiff filed a motion to dismiss case without prejudice. (ECF No. 33.)

　　　　Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed in this case, so the Court acknowledges that this case has been dismissed without prejudice.

　　　　It is therefore ordered that Plaintiff's motion to dismiss case without prejudice (ECF No. 33) is granted.

　　　　It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this action with the Court in the future under a new case number.

　　　　It is further ordered that Plaintiff's applications to proceed *in forma*

1

*pauperis* and motions for various relief (ECF Nos. 1-3, 1-4, 2, 3, 8, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 22, 23, 25, 26, 27, 29, 30, 31, 32) are denied as moot.

The Clerk of Court is kindly directed to close the case.

DATED: October 14, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2